

Vince Farhat
VFarhat@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080   (310) 203-0567 Fax
www.jmbm.com

July 5, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2022

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
E-Mail: CaproniNYSDChambers@nysd.uscourts.gov

Re:   *United States v. Patrick Khaziran* (Case No. 1:21-cr-00603-VEC)

Dear Judge Caproni:

On behalf of our client, Dr. Patrick Khaziran, we respectfully request a temporary modification of Dr. Khaziran's release conditions to permit him to travel by car to Las Vegas, NV on July 8, 2022 to celebrate the engagement of two family friends, and return no later than July 10, 2022.  Dr. Khaziran is currently released on a personal recognizance bond that restricts his travel to the Central District of California, where Dr. Khaziran resides, and the Eastern and Southern Districts of New York.

We have conferred with Dr. Khaziran's Pretrial Services Officers in the Central District of California, where he is being supervised, and in the Southern District of New York, as well as with the Government, and there are no objections to this request.  If approved, Dr. Khaziran will provide pretrial services with his itinerary in advance of travel.

Application GRANTED.

SO ORDERED.

*[signature]*
07/05/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*[signature]*

VINCE FARHAT of
Jeffer Mangels Butler & Mitchell LLP

cc:   Jillian Berman
      Lena Streisand

A Limited Liability Law Partnership Including Corporations / Los Angeles • San Francisco • Orange County
70315932v2