

Lena Streisand
lstreisand@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080   (310) 203-0567 Fax
www.jmbm.com

September 16, 2022

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/19/2022
```

**MEMO ENDORSED**

Re:   *United States v. Patrick Khaziran*, Case No. s(5) 1:21-cr-00603 (VEC)

Dear Judge Caproni:

On behalf of our client, Dr. Patrick Khaziran, we respectfully request a temporary modification of Dr. Khaziran's release conditions to permit him to travel to Buffalo, New York from September 21, 2022 through September 23, 2022 for work. If permitted, Dr. Khaziran will travel to Buffalo to provide physical therapy to a longtime patient who is recovering from several injuries. Dr. Khaziran is currently released on a personal recognizance bond that restricts his travel to the Central District of California, where Dr. Khaziran resides, and the Eastern and Southern Districts of New York.

We have conferred with the Government and Pretrial Services, and there are no objections to this request. If approved, Dr. Khaziran will provide Pretrial Services with his itinerary in advance of travel.

Respectfully submitted,

LENA STREISAND of
Jeffer Mangels Butler & Mitchell LLP

Application GRANTED.

SO ORDERED.

*[signature]*   09/19/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc:   Vince Farhat
      Jillian Berman
      Rachel Berkowitz