

Lena Streisand
lstreisand@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080   (310) 203-0567 Fax
www.jmbm.com

September 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2022



**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Patrick Khaziran*, Case No. s(5) 1:21-cr-00603 (VEC)

Dear Judge Caproni:

On September 16, 2022, we filed a Letter Motion on behalf of our client, Dr. Patrick Khaziran, requesting a temporary modification to his release conditions to allow Dr. Khaziran to travel to Buffalo, New York for work from September 21, 2022 to September 23, 2022.  *See* ECF No. 528.  On September 20, 2022, this Court entered a Memo Endorsement granting Dr. Khaziran's Letter Motion.  *See* ECF No. 531.  Late on September 19, 2022, Dr. Khaziran notified counsel that one of the physical therapists he employs would be out for the entire week of September 19, 2022 to September 23, 2022 due to health issues, requiring Dr. Khaziran to cancel his travel.  Counsel immediately notified the Government and Pretrial Services.  Counsel also notified the Deputy Clerk that its September 16, 2022 Letter Motion was now moot.

We submit this Letter Motion to notify the Court of the change to Dr. Khaziran's travel and to respectfully request a temporary modification of Dr. Khaziran's release conditions to permit him reschedule his work trip to Buffalo to September 27, 2022 to September 29, 2022.  If permitted, Dr. Khaziran will travel to Buffalo to provide physical therapy to a longtime patient who is recovering from several injuries.  Dr. Khaziran is currently released on a personal recognizance bond that restricts his travel to the Central District of California, where Dr. Khaziran resides, and the Eastern and Southern Districts of New York.

The Honorable Valerie E. Caproni
September 25, 2022
Page 2

       We have conferred with the Government and Pretrial Services, and there are no objections to this request.  If approved, Dr. Khaziran will provide Pretrial Services with his itinerary in advance of travel.

       Respectfully submitted,

       LENA STREISAND of
       Jeffer Mangels Butler & Mitchell LLP

cc:    Vince Farhat
       Jillian Berman

> Application GRANTED.
>
> SO ORDERED.
>
> 09/26/2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE