```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                   :
    -against-                      :          21-CR-603 (VEC)
                                   :
                                   :          ORDER
PATRICK KHAZIRAN,                  :
                                   :
                       Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 29, 2022, Dr. Khaziran moved to file redacted sentencing submissions, Dkt. 747.

IT IS HEREBY ORDERED that the Court grants the Defendant's motion to redact portions of the letters relating to the letter authors' medical diagnoses only. The Court notes that the proposed redactions, read in the broader context of the letters, do not seek to withhold the fact that the authors had a therapeutic relationship with Dr. Khaziran, and most of the proposed redactions do not concern the authors' personal medical information.

Accordingly, the Defendant's redaction requests are granted as to the following:

1. Exhibit A — The portion of the first sentence of the proposed redactions identifying the author's diagnosis.

2. Exhibit B — The portion of the first sentence of the proposed redactions discussing the nature of the author's medical needs.

3. Exhibit C — The second sentence of the proposed redactions.

4. Exhibit D — The first sentence of the proposed redactions.

IT IS FURTHER ORDERED that by **January 6, 2023**, Dr. Khaziran must file a supplemental letter explaining why the additional proposed redactions are appropriate in light of the presumption of access to judicial documents established by *Lugosch v. Pyramid Co. of*

*Onondaga*, 435 F.3d 110 (2d Cir. 2006), or otherwise publicly file the sentencing submissions with the above redactions only.

**SO ORDERED.**

**Date: January 3, 2023**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**