```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                    :
                                            :
        -against-                           :       21-CR-603 (VEC)
                                            :
                                            :       ORDER
PATRICK KHAZIRAN,                           :
                                            :
                        Defendant.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Dr. Khaziran is currently scheduled to be sentenced on January 12, 2023 at 11:00 A.M.; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the sentencing hearing in this matter is rescheduled for **Tuesday, February 7, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Date: January 5, 2023
      New York, New York

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**