

Vince Farhat
VFarhat@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080   (310) 203-0567 Fax
www.jmbm.com



May 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
E-Mail:
CaproniNYSDChambers@nysd.uscourts.gov

Re:   *United States v. Patrick Khaziran* (Case No. 1:21-cr-00603-VEC)

Dear Judge Caproni:

On behalf of our client, Dr. Patrick Khaziran, we respectfully request a temporary modification of Dr. Khaziran's release conditions to permit him to travel by car to San Francisco, California on May 25, 2023 to celebrate the marriage of his sister, and return no later than May 29, 2023. Dr. Khaziran is currently released on a personal recognizance bond that restricts his travel to the Central District of California, where Dr. Khaziran resides, and the Eastern and Southern Districts of New York.

We have conferred with Dr. Khaziran's Pretrial Services Officers in the Central District of California, where he is being supervised, and in the Southern District of New York, as well as with the Government, and there are no objections to this request. If approved, Dr. Khaziran will provide pretrial services with his itinerary in advance of travel.

Respectfully submitted,

VINCE FARHAT of
Jeffer Mangels Butler & Mitchell LLP

cc:   Lena Streisand

---

Application GRANTED. Dr. Khaziran must provide a copy of his itinerary, including the address where he will be staying, to his Pretrial Services officer.

SO ORDERED.

*Valerie Caproni*   05/08/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE